AUG - 3 2021
mb
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3-21CV1842-N

To the U.S. Marshalls  Khiriath Lumpkin #853664  1:08 PM  July 27, 2020

My name is Khiriath Lumpkin. I am A Federal inmate At the Kaufman County Sherriffs Office. since i Been here i Aint had nothing But Problems. I have been Charged for Medication when i know i shouldnt be. I take Buspar, gavapen & Melintone.. since i been here i have Been having Problems with medical. IVe been here since April 29th. They have People who not Even nurse Passing out pills. They crushes my pill and mix them up. Sometimes they Even mix my meds with warter. I Also have Problem with my mail. They Have A 10 picture limit where You only Get 10 Pictures on Person and the rest go in Your Property. The Problem is that i have Pictures that come in constantly. I dont get to Even see. I have over 400 Picture and i havent got to see. I feel that it should be illegal to not show People there mail. They wont Even let us trade out Pictures. Also they have start copying our mail Not Just incoming mail our out going mail. My People and several other People Families have started that they recieved a copy of my original mail. I dont understand why my mail is being copied and stored. There Are no Shower curtains and the shower right infront of several Bunks. I feel uncomfortable with Being Exposed infront of other inmates Exspecially when other Places as in Prison have shower curtains. so i started Putting Blankets up for shower curtain. I was sentence to 23 days for covering myself in segergation no tv, no visit & No commissory. which is crazy for something minor. Ive Been harrassed by several male gourds about covering myself up. They are mis-treating Federal inmates. I Been having Problems with recreation they have All the Federal imates are seperate so it takes longer to go to rec it might be 3 or 4 days before we get to go Back to rec. I dont understand why we getting punish like this. We are not getting the same treament as All other Federal inmate we Are getting treated like County inmates. We Are shackeled when we go to visit which make it hard to hold the Phone and we Are not Allowed contact visit. I Just wanna be somewhere that i can do my time and get home this is Kitty Day care center.

Please and thank You -Kiriath Lumpkin

I'm Jerrell McClenton and I agree to all said in the above letter. Jerrell McClenton

As do I, James Walker #94037-011

Michael Sui #85113

Devin Ziwornf - 85589

These Are several other Inmate that Feel the same way About KSO treatment to Federal Inmates

- Kiriath Lumpkin

would have had more signitures but they have All Federal inmate segregated under no contact

Kiriath [illegible]
Kaufman County Jail
P.O. Box 849
Kaufman, TX 75142

1000 7201 3243 2

Northern District Of Texas Federal
Building
1100 Commerce Street Room 16F47
Dallas, TX 75242

